# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
**United States District Court**
**Southern District of New York**

Mag. Dkt. No. 24 Mag. 1409                          Date 2/17/2026

USAO No. 2024R00393

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint          Removal Proceedings in

*United States v.* Christopher Hill

The Complaint/Rule 40 Affidavit was filed on April 6, 2024

✓ *U.S. Marshals please withdraw warrant*

REMY GROSBARD  Digitally signed by REMY GROSBARD
Date: 2026.02.17 16:11:05 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

Remy Grosbard

(print name if signature handwritten)

**SO ORDERED:**

DATE:    **02/17/2026**

*[signature: Katharine H. Parker]*

**KATHARINE H. PARKER**
UNITED STATES MAGISTRATE JUDGE